COPY

FILED 2009 OCT 23 PM 2:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendants
BLOOMINGDALE'S, INC., MACY'S INC., MACY'S DEPARTMENT STORES INC., and FEDERATED DEPARTMENT STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY VITOLO, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>BLOOMINGDALE'S, INC., an Ohio corporation; MACY'S, INC., a Delaware corporation; MACY'S DEPARTMENT STORES, INC., a Delaware corporation, FEDERATED DEPARTMENT STORES, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV09 07728 DSFpJWx<br><br>[Complaint Filed: August 6, 2009]<br>[FAC Filed: September 9, 2009]<br><br>**DECLARATION OF LINDA BALICKI IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, AND 1446**<br><br>[Notice of Removal filed concurrently herewith]<br><br>Discovery Cutoff: None<br>Motion Cutoff: None<br>Trial Date: None |

DECLARATION OF LINDA BALICKI IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, AND 1446 - Page 1

## DECLARATION OF LINDA BALICKI

I, Linda Balicki, hereby declare the following:

1. I am employed as Vice-President - Law at Macy's, Inc., a Delaware corporation. I am over 21 years of age and am competent to testify to the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Macy's, Inc. (formerly known as Federated Department Stores, Inc.) is incorporated under the laws of the State of Delaware and has its principal places of business in the States of Ohio and New York.

3. Macy's Department Stores, Inc. (now known as Macy's West Stores, Inc.) is incorporated under the laws of the State of Ohio and has its principal place of business in the State of Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct. 22, 2009 in St. Louis, Missouri.

*Linda Balicki*
Linda Balicki

# PROOF OF SERVICE

STATE OF CALIFORNIA  ) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

On October 23, 2009, I served on interested parties in said action the within:

**DECLARATION OF LINDA BALICKI IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, AND 1446**

__X__ **BY MAIL:** By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____ **BY PDF VIA EMAIL:** I caused the above-referenced document(s) to be sent via email in pdf format to the attached address(es).

____ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FedEx for delivery to the attached address(es).

____ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

____ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

____ [State]    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ [Federal]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 23, 2009, at North Hollywood, California.

ANGELIQUE MACDONALD                          _____
(Type or print name)                                      (Signature)

- 1 -
Declaration of Linda Balicki in Support of Defendants' Removal of
Action Under 28 U.S.C. §§1332, 1441, and 1446

**Vitolo, etc. v. Bloomingdale's Inc., et al.**
Case No.

Attorneys for Plaintiff

H. Scott Leviant
Payam Shahian
Linh Hua
Initiative Legal Group, APC
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Phone: (310) 556-5637
Fax: (310) 861-9051
EMAIL: SLeviant@initiativelegal.com
       Pshahian@initiativelegal.com
       Lhua@initiativelegal.com

- 2 -
Declaration of Linda Balicki in Support of Defendants' Removal of Action Under 28 U.S.C. §§1332, 1441, and 1446