UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-7728 DSF (PJWx) | Date | 11/25/09 |
|---|---|---|---|
| Title | Nancy Vitolo v. Bloomingdale's, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted or Alternative Motion for More Definitive Statement (Docket No. 9)

The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 30, 2009, is removed from the Court's calendar. For the reasons noted below, Defendants' motion is DENIED.

On August 6, 2009, Plaintiff filed a putative wage and hour class action in Los Angeles County Superior Court. On September 9, 2009, Plaintiff filed an amended complaint, and on October 23, 2009, Defendants removed the case to this Court. (Docket No. 1.)

Defendants filed this motion on October 29, 2009.[1] Fed. R. Civ. P. 81(c)(2); Fed. R. Civ. P. 6(a)(2). They allegedly attempted to "meet-and-confer" with Plaintiff about this motion on October 27, 2009 as is required by the Local Rules. (Defs.' Mot. at 2.)

Local Rule 7-3 states:
[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution. If the proposed motion is [a motion to dismiss under Fed. R. Civ. P. 12(b)] . . . then this conference shall take place at least five (5) days prior to the last day for filing the motion; otherwise, the conference shall take place at least twenty (20) days

---

[1] The Court need not resolve the dispute concerning the timeliness of the motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

prior to the filing of the motion.  If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect: "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

Local Rule 7-12 states that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The record before the Court does not support Defendants' assertion that they "made every effort" to comply with Rule 7-3.  (Defs.' Reply at 3.)  By Defendants' own admission, they did not attempt to meet their Rule 7-3 responsibilities until two days prior to filing the motion.  Defendants have put forward no argument or evidence that excuses their failure to try to meet Rule 7-3's requirements within the designated deadlines.  That Defendants conclude a meeting would have been futile is irrelevant.  Moreover, because Defendants' motion inexcusably did not contain the required statement from Rule 7-3, the Court DENIES the motion pursuant to Rule 7-12. [2]

IT IS SO ORDERED.

---

[2] In any event, a brief review of the motion suggests it is not meritorious.