**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY VITOLO, | ) | Case No.: CV 09-7728 DSF (PJWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BLOOMINGDALE'S INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having stayed the case pending arbitration and the arbitrator having ruled in favor of defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/24/14

Dale S. Fischer
United States District Judge