JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY VITOLO, | Case No.: CV 09-7728 DSF (PJWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| BLOOMINGDALE'S INC., | |
| Defendant. | |

The Court having granted a motion for judgment on the pleadings, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/18/17

Dale S. Fischer
United States District Judge